JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADA INTERNATIONAL, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHUNGHO NAIS, CO., LTD., YOUNGDAE JEON, et al.;<br><br>　　　　　Defendants. | CASE NO. SA CV 13-01110<br><br>**FINAL JUDGMENT** |

- 1 -

1 For the reasons set forth in the relevant portions of (1) the Court's June 16, 2014 Order on Defendants' Motion to Dismiss (Dkt. No. 41) dismissing all claims brought by Plaintiff BaDa International, Inc. ("BaDa") against individual defendants Hwi Dong Joung, Moo Sup Maeng, Soonse Lee, Youngwook Nam, Kevin Jung, and Suk Ho Lee and dismissing BaDa's First Cause of Action for alleged violations of California's Franchise Investment Law; (2) the Court's July 21, 2015 Order on Defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment (Dkt. No. 113) granting partial summary judgment in favor of Defendants ChungHo Nais, Co.., Ltd. ("ChungHo") and Youngdae Jeon ("Jeon") on BaDa's Third Cause of Action for Breach of Contract, Fourth Cause of Action for Intentional Interference with Prospective Economic Advantage, Fifth Cause of Action for Breach of Implied Covenant of Good Faith and Fair Dealing, and Sixth Cause of Action for Unfair Business Practices in their entirety and related issues of alleged liability as set forth in that Order; and (3) the Stipulation for Dismissal With Prejudice of Second Cause of Action and Entry of Final Judgment entered into between Plaintiff BaDa and Defendants ChungHo and Jeon filed with this Court on August 14, 2015, which jointly stipulated to the dismissal with prejudice of BaDa's remaining Second Cause of Action for Violation of the California Franchise Relations Act,

**IT IS ORDERED, ADJUDGED, AND DECREED that:**

1. Final Judgment is hereby entered in favor of all Defendants and against Plaintiff BaDa International, Inc., and Plaintiff BaDa International, Inc. shall take nothing by way of its Complaint against any Defendant in this action;

///
///
///
///

2. Defendants are the prevailing parties and shall recover their recoverable costs if applicable.

Dated: August 17, 2015     _____

                               Honorable James V. Selna
                               United States District Judge